APRIL 7, 1972

No. 71–1050.  ROBERTS, AKA MATTHEWS v. UNITED STATES.  C. A. 5th Cir.  Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

APRIL 11, 1972

No. A–972 (71–982).  HALL, SECRETARY OF HUMAN RELATIONS AGENCY, ET AL. v. VILLA ET AL.  Sup. Ct. Cal. Application for stay of judgment pending action on petition for writ of certiorari presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

APRIL 17, 1972

No. 71–940.  BRUSCA ET AL. v. STATE BOARD OF EDUCATION ET AL.  Affirmed on appeal from D. C. E. D. Mo.

No. 71–793.  ANDERSON ET AL. v. MARYLAND.  Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 71–5974.  MORRIS v. GEORGIA.  Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.